JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON J. ANDREWS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD BIANCO, et al.,<br><br>　　　　　Defendants. | Case No. 5:22-cv-02006-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing First Amended Complaint Without Leave to Amend, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED:　October 4, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　United States District Judge